# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LINDE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17–0854 |
| ) | Judge Trauger |
| SODEXO CTM, LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The jury trial set for July 23, 2019 and the pretrial conference set for July 19, 2019 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 16th day of August 2018

_____
ALETA A. TRAUGER
U.S. District Judge